FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2024 FEB 23 P 4: 12

# FELONY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

## INDICTMENT FOR ATTEMPTED COERCION AND ENTICEMENT OF A MINOR AND TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 24-35 |
| v. | * | SECTION: SECT. 1 MAG. 2 |
| ERIC CHARLES FULLER | * | VIOLATION: 18 U.S.C. § 2422(b) |
| | | 18 U.S.C. § 2423(b) |

\* \* \*

The Grand Jury charges that:

### COUNT 1
(18 U.S.C. § 2422(b) – Attempted Coercion and Enticement of a Minor)

Beginning on or about December 7, 2023, and continuing until on or about January 12, 2024, in the Eastern District of Louisiana and elsewhere, the defendant, **ERIC CHARLES FULLER**, did use a facility and means of interstate and foreign commerce to knowingly attempt to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, namely an individual **FULLER** believed to be a twelve-year-old female, to engage in sexual activity for which any person can be charged with a criminal offense, namely, La. Rev. Stat. 14.80 (Felony carnal knowledge of a juvenile), La. Rev. Stat. 14.81 (Indecent behavior with juveniles),

___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____

La. Rev. Stat. 14.81.3 (Computer-aided solicitation of a minor), and La. Rev. Stat. 14.89.1 (Aggravated crime against nature).

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2
(18 U.S.C. § 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct)

Beginning on or about January 11, 2024, and continuing until on or about January 12, 2024, in the Eastern District of Louisiana and elsewhere, the defendant, **ERIC CHARLES FULLER**, did travel in interstate commerce, for the purpose of engaging in any illicit sexual conduct with another person, as that term is defined in Title 18, United States Code, Section 2423(f), to wit: **ERIC CHARLES FULLER** travelled from Springfield, Missouri, to Mandeville, Louisiana, within the Eastern District of Louisiana, by automobile for the purpose of engaging in sexual conduct with an individual he believed to be a twelve-year-old female.

All in violation of Title 18, United States Code, Section 2423(b).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 and 2 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offenses alleged in Counts 1 and 2, the defendant, **ERIC CHARLES FULLER**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offenses and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offenses, including but not limited to the following:

> One (1) Lively flip-style cellular phone (red in color), IMEI: 016211001092225; IMSI: 311480822631317;

        One (1) Samsung (silver in color with a clear cover).

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

DUANE A. EVANS
UNITED STATES ATTORNEY

J. BENJAMIN MYERS
Assistant United States Attorney
South Carolina Bar No. 100190

JORDAN GINSBERG
Assistant United States Attorney
Illinois Bar No. 6282956

New Orleans, Louisiana
February 23, 2024

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Louisiana__

__Criminal__ Division

## THE UNITED STATES OF AMERICA

vs.

### ERIC CHARLES FULLER

## INDICTMENT

INDICTMENT FOR ATTEMPTED COERCION
AND ENTICEMENT OF A MINOR AND TRAVEL WITH
INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT

VIOLATIONS:   18 U.S.C. § 2422(b)
18 U.S.C. § 2423(b)

A true bill.

_____

Filed in open court this _____ day of _____
2024.

_____
Clerk

Bail, $ _____

_____
**JORDAN GINSBERG**
Assistant United States Attorney